## NELSON v. MARSHALL LAND & BUILDING CO. (No. 2612.)

(Court of Civil Appeals of Texas. Texarkana. June 29, 1922.)

**Appeal and error ⚫⇒1126—Judgment will be affirmed where plaintiff in error does not file a brief nor appear.**

Where, after suing out a writ of error and filing a supersedeas bond plaintiff in error did not file a brief nor make appearance in the appeal, on filing of a transcript by the defendant in error and a brief asking affirmance of the judgment, under Circuit Courts of Appeal Rule 39 (142 S. W. xiii), the judgment will be affirmed.

Error from District Court, Harrison County; P. O. Beard, Judge.

Action between Mrs. Annie Nelson and the Marshall Land & Building Company. From a judgment in favor of the Marshall Land & Building Company, Mrs. Annie Nelson brings error. Affirmed.

Henry Nelson, of Carthage, and C. E. Carter, of Marshall, for plaintiff in error.

Cary M. Abney of Marshall, for defendant in error.

PER CURIAM. A writ of error was sued out in this case, and a supersedeas bond was given. The defendant in error has filed the transcript and a brief, asking the affirmance of the judgment on appeal. The plaintiff in error has not filed a brief nor made appearance in the appeal. Wherefore, under Rule 39, Cir. Ct. App. (142 S. W. xiii), the judgment is affirmed.

---

⚫⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes